UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-2494** |
| **MARCEL DOMINGUE, ET AL** | **SECTION: "H"(4)** |

## ORDER

On May 14, 2014, Plaintiff filed a Motion for Summary Judgment (Doc. 26) which was set for submission on June 11, 2014.  Pursuant to the scheduling order issued by the Court in this matter (Doc. 20), non-evidentiary pretrial motions were to be filed and served in sufficient time to be heard no later than May 14, 2014.  Therefore, Plaintiff's Motion is untimely.  If Plaintiff wishes to file an untimely motion, it must first file a motion to amend the scheduling order in which it demonstrates good cause.  Fed. R. Civ. Pro. 16(b)(4).

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.  Plaintiff is free to reassert the Motion if it can demonstrate good cause to amend the scheduling order.

New Orleans, Louisiana, on this 21st day of May, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1